UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOYONG ZHANG,<br><br>Petitioner,<br><br>v.<br><br>MARCOS CHARLES, et al.,<br><br>Respondents. | Case No.:  26-cv-298-RSH-DDL<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[ECF Nos. 2, 3] |

On January 19, 2026, petitioner Xiaoyong Zhang filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* ¶ 38. On January 30, 2026, Respondents filed a return acknowledging that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 6 at 2.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Xiaoyong Zhang before an immigration court pursuant to 8 U.S.C. § 1226(a) within ***ten (10) days*** of this order. To the extent Petitioner seeks to recover fees, he must do so through a noticed motion in the manner prescribed by the Federal Rules of

Civil Procedure, the Local Rules of this Court, and the undersigned's chambers rules. The Court **VACATES** the hearing date set for February 12, 2026, and **DENIES** as moot Petitioner's applications for a temporary restraining order [ECF No. 2] and for an order to show cause [ECF No. 3].

    **IT IS SO ORDERED**.

Dated: January 30, 2026

_____
Hon. Robert S. Huie
United States District Judge